**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| **In Re:** | ) | |
| | ) | **Chapter 13 Proceeding** |
| **Theodora Jean Miller** | ) | **Case No.  09-22656** |
| | ) | |
| **Debtors** | ) | |

### NOTICE FOR DEPOSIT OF FUNDS
### INTO U. S. TREASURY FUND106000

Comes now Paul R. Chael, Standing Chapter 13 Trustee, and moves the Court to allow Trustee to deposit the amount of $1.95 into U. S. Treasury Fund 106000 for the following reasons:

1. That the debtors herein filed a Petition for Relief under Chapter 13 of the U.S. Bankruptcy Code.

2. That creditor Charge Me Later filed a proof of claim on July 9, 2009.

3. That your Trustee attempted to make payment on said claim in the amount of $1.95 in May 2011 and said payment remains uncashed.

WHEREFORE, Paul R. Chael, Standing Chapter 13 Trustee, prays this Court to deposit $1.95 into U.S. Treasury Fund 106000 on behalf of creditor Charge Me Later whose last know address was 5834 Monroe Ave., Ste A142, Sylvania, OH 43560.

/s/ Paul R. Chael
Paul R. Chael, Trustee
401 W. 84th Drive, Suite C
Merrillville, IN 46410
(219) 650-4015

### CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2011 service of a true and complete copy of the above and foregoing pleading or document was made electronically upon the U.S. Trustee and debtors' attorney and the debtor by U.S. Mail as set forth below.

/s/ Paul R. Chael
Paul R. Chael, Trustee
Indiana Attorney #3881-45

Distribution:

Theodora Jean Miller, 6329 Jefferson Ave., Hammond, IN 46324